**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Martha Butler, Willie Sims, and Cheyenne Whitsell,
Defendants,

Of whom Martha Butler is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2024-001922

---

Appeal From Edgefield County
Robert E. Newton, Family Court Judge

---

Unpublished Opinion No. 2025-UP-266
Submitted July 17, 2025 – Filed July 24, 2025

---

**AFFIRMED**

---

Nancy Carol Fennell, of Irmo, for Appellant.

Luke Taylor Moore, of South Carolina Department of
Social Services, of Lexington, for Respondent.

Eydie J. Tillman, of Tillman Law Firm, LLC, of

Edgefield, for the Guardian ad Litem.

**PER CURIAM:**  Martha Butler appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**VINSON, TURNER, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.